**PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 14-1571 and 14-2036
_____

800 RIVER ROAD OPERATING CO LLC,
DBA Woodcrest Health Care Center,
                              Petitioner in No. 14-1571

v.

NATIONAL LABOR RELATIONS BOARD,
                              Respondent

1199 SEIU UNITED HEALTHCARE WORKERS EAST
NEW JERSEY REGION,
                              Intervenor


*Amended Pursuant to Clerk Order entered 04/22/14



NATIONAL LABOR RELATIONS BOARD,
                              Cross-Petitioner in No. 14-2036

v.

800 RIVER ROAD OPERATING CO LLC,
D/B/A Woodcrest Health Care Center,
                              Cross-Respondent

_____

On Petition for Review and Cross-Application
for Enforcement of an Order of
the National Labor Relations Board
(Case No. 22-CA-083628)

_____

Argued on January 23, 2015

(Opinion filed: April 29, 2015)

Before: RENDELL, SMITH and KRAUSE, <u>Circuit Judges</u>

Paul D. Clement, Esq.
William R. Levi, Esq.
Erin Murphy, Esq.   **(Argued)**
Bancroft PLLC
1919 M Street, N.W.
Suite 470
Washington, DC 20036

Rosemary Alito, Esq.
George P. Barbatsuly, Esq.
K & L Gates, LLP
One Newark Center
Tenth Floor
Newark, NJ 07102
            *Counsel for Petitioner/Cross-Respondent 800*
            *River Road Operating Co, LLC*


Kira D. Vol, Esq.
Julie B. Broido, Esq.
Jared D. Cantor, Esq.   **(Argued)**
Linda Dreeben, Esq.
Richard F. Griffin, Jr., Esq.
Jennifer Abruzzo, Esq.
John H. Ferguson, Esq.
National Labor Relations Board
Appellate Court Branch
1099 14th Street, N.W.
Washington, DC   20570
            *Counsel for Respondent/Cross-Petitioner*
            *National Labor Relations Board*

## <u>ORDER AMENDING OPINION</u>

**IT IS SO ORDERED**, that the published Opinion in the above case, filed on

April 29, 2015, be amended as follows:

**On page 4**, **paragraph 1**, **line 6,** delete the following:

The word "ommitting"

and **replace it with**:

The word "committing"

The amendment does not change the date of filing, April 29, 2015.

By the Court,

s/MARJORIE O. RENDELL
Circuit Judge

Dated: April 30, 2015
CJG/cc:    William S. Massey, Esq.
        Kira D. Vol, Esq.
        Linda Dreeben, Esq.
        Jared D. Cantor, Esq.
        Erin E. Murphy, Esq.
        William R. Levi, Esq.
        Paul D. Clement, Esq.